**ELIZABETH KING, Administratrix of Molly Hazzard, v. JOHN ROBINSON, Executor of John Rhoda Robinson.**

Court of Chancery. Sussex. July 26, 1824.

*Ridgely's Notebook IV, 438.*

**GEORGE K. HALL v. DAVID GREENLY, ELISHA E. GREENLY, JOHN P. GREENLY, and ELISHA EVANS.**

Court of Chancery. Sussex. July 27, 1824.

*Ridgely's Notebook IV, 440.*

[For this case, see 1 Del.Ch. 274.]

**JAMES GASKINS v. WILLIAM RUSSELL.**

Court of Chancery. Sussex. July 29, 1824.

*Ridgely's Notebook IV, 445.*

*Cullen* and *Cooper* for plaintiff.

*Robinson* for defendant. . . .

William Russell, the defendant, had entered into a written contract with James Gaskins, the plaintiff, for the conveyance